UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| VERNON J. GREGORY and SANDRA GREGORY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) 2:06-cv-83-RLY-WGH |
| MIRANT SUGAR CREEK VENTURES, INC., and MIRANT SUGAR CREEK HOLDINGS, INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter is before the Court pursuant to the show cause order found in the Magistrate Judge's Order on Telephonic Status Conference entered April 25, 2007, by the Honorable William G. Hussmann, Jr., United States Magistrate Judge. (Docket No. 53). The plaintiffs were ordered to show cause on or before May 15, 2007, why this case should not be dismissed because they have not effectuated service upon the two remaining defendants pursuant to FED.R.CIV.P. 41(m). No good cause has been shown.

This case is, therefore, **DISMISSED**, **without prejudice.**

**SO ORDERED.**

**Dated:** 05/24/2007

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Electronic copies to:**

Paul Joseph Castronovo
paulcas@xnet.com